UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHIRON WATKINS,

                Plaintiff,

-against-

CITY OF THE STATE OF NEW YORK KINGS
COUNTY; JUDGES AUTHORITY AND
BONIFIDE COURT SYSTEM, ONEIDA COUNTY,
Individual & Official Capacity, Judge MATTHEW
D'EMIC; Judge S. MUNDO; Judge MICHAEL
BRENNAN; TITUS MATHAI, ROBERT PECK;
D.A. CHARLES HYNES, A.D.A. DAVE KELLY;
A.D.A. BROWN-LEE; NEW YORK CITY HEALTH
AND HOSPITAL CORP.; KINGS COUNTY
HOSPITAL CENTER; ERNEST BAPTISTE, Executive
Director; ELIZABETH OWENS, Ph.D, Interim Director,
STEVEN RUBEL, M.D., CHINMONY GULRAJANI,
M.D., BEVERLY MARTIN, Ph.D.; ALAN PERRY, Ph.D.,

                Defendants.
------------------------------------------------------------------x

**JUDGMENT**

14-CV-1512 (RRM)(LB)

      A Memorandum and Order of the undersigned having been filed this day, directing the Clerk of Court to dismiss the complaint, enter judgment accordingly, and close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendants, and that this case is hereby closed.

Dated: Brooklyn, New York
       September 30, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge